CHRISTENSEN & JENSEN
ATTORNEYS

Phone: 801.323.5000
Fax: 801.355.3472
www.cjlaw.com

**Flynn Ezra Beckman**
Flynn.Beckman@cjlaw.com
Attorney
*Admitted in UT and NY*

**MEMO ENDORSED**

October 30, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/2026

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:** ***M.N. and J.N. v. Aetna Life Insurance Company; CLSA Americas, LLC; and the CLSA Americas, LLC Open Access Managed Choice Plan***

**Civil Action No. 1:26-cv-07470-VEC – Letter-Motion to Postpone Initial Pre-Trial Conference**

Dear Judge Caproni:

Plaintiffs request that this Court postpone the Initial Pre-Trial Conference scheduled for Friday, November 6, 2026.

We are still in the process of serving all Defendants, and no one has appeared on behalf of any Defendant yet. We believe that a 2-week postponement, to Friday, November 20, 2026, will likely be sufficient to allow for time to complete service and give Defendants time to appear in the case, so that the IPTC may proceed smoothly.

(1) the reason for the proposed adjournment or extension is that one Defendant has not been served, and all the Defendants have yet to appear in this case;
(2) the original date is November 6, 2026;
(3) there have been no previous requests for adjournment or extension of time;
(4) the other parties do not consent, having no opportunity to do so yet; and
(5) proposed alternative dates include November 20, 2026, December 4, 2026, and December 11, 2026.

Respectfully submitted,

*/s/ Flynn Ezra Beckman*
Flynn Ezra Beckman
*Attorney for Plaintiff*

CHRISTENSEN & JENSEN P.C.

The conference currently scheduled for November 6, 2026, is now adjourned to **December 11, 2026, at 10:00 a.m.** The joint letter described at Dkt. 10 is now due **no later than December 3, 2026**. Plaintiffs must serve the remaining Defendant promptly and all Defendants must appear promptly, as further extensions are unlikely to be granted.

SO ORDERED. 11/3/2026

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE